FRED LEY et al., Appellants, v. HENRY FLESSEL, Individually and as Executor of EMMA L. FLESSEL, Deceased, Defendant and Third-Party Plaintiff-Respondent. ELIZABETH ADAMS, Heretofore Known as ELIZABETH LEY, Third-Party Defendant-Appellant.—

No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. [28 Misc 2d 431.]